AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

ANIBAL ADOLIO GIRON MARTINEZ,

    Petitioner,          JUDGMENT IN A CIVIL CASE

V.

                      **3:06-cv-00672-BES-VPC**

MICHAEL CHERTOFF, et al.,

    Respondents.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus (#1) is GRANTED.

   March 12, 2007                                   **LANCE S. WILSON**
                                                        Clerk

                                                   /s/ Daniel R. Morgan
                                                        Deputy Clerk